AUSA: Jihan Williams Telephone: (313) 226-9520
AO 91 (Rev. 11/11) Criminal Complaint  Inspector: Christopher G. Bradshaw Telephone: (313) 812-1343

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | | Case: 2:22−mj−30032 |
| --- | --- | --- |
| v. | | Assigned To : Unassigned |
| | | Assign. Date : 1/20/2022 |
| Branden Murillo GARCIA | Case No. | Description: RE: SEALED MATTER (EOB) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 15, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. § 841 (a)(1) | Possession with Intent to Distribute Controlled Substances (fentanyl) |
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute Controlled |
| 18 U.S.C. § 1716 | Mailing Injurious Articles |

This criminal complaint is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.

_Complainant's signature_

Christopher G. Bradshaw, U.S. Postal Inspector
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: January 20, 2022

_Judge's signature_

City and state: Detroit, MI

Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRMINAL COMPLAINT

I, Christopher G. Bradshaw, being duly sworn on oath, state as follows:

### I.     INTRODUCTION

1. I am a United States Postal Inspector assigned to the Allen Park Domicile of the Detroit Division of the U.S. Postal Inspection Service (USPIS). I am sworn and empowered to investigate criminal activity involving or relating to the U.S. Postal Service. I am assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail.  I have been a Postal Inspector since June 2013. I attended the United States Postal Inspection Service Basic Training Academy where I have received training in the detection and investigation of prohibited mailing offenses.  As part of my duties, I investigate incidents wherein the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, methamphetamine and heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 846, 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716.

2. This Affidavit is made in support of an application for a criminal complaint and warrant to arrest Branden Murillo GARCIA, DOB: XX-XXX-1988 for evidence of violations of 21 U.S.C. § 841 (a)(1), Possession

with Intent to Distribute Controlled Substances (fentanyl); 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Controlled Substances; and 18 U.S.C. § 1716, Mailing Injurious Articles.

3.   Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that Branden Murillo GARCIA, DOB: XX-XXX-1988 committed violations of 21 U.S.C. § 841 (a) (1) Possession with Intent to Distribute Controlled Substances (fentanyl); 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Controlled Substances; and 18 U.S.C. § 1716 Mailing Injurious Articles.

II.   SUMMARY OF INVESTIGATION

4. On April 15, 2021, while conducting parcel interdiction at the Allen Park NDC, Affiant interdicted a USPS Priority Mail Express flat box bearing tracking number EJ 575 736 441 US, addressed to Martin Valenzuela, 22384 Elmwood Ave, Eastpointe, MI, 48021, EE.UU with a return address of Esteban Valenzuela, 9301 E 8th Tucson, AZ, 85710, EE.UU. The parcel was mailed on April 14, 2021, from zip code 85706.

Further, the parcel weighed approximately 3 pounds and 15.9 ounces and bore $65.40 in postage and fees.

5. On that same date, Affiant also interdicted a USPS Priority Mail Express flat box bearing tracking number EJ 575 736 455 US, addressed to "Josue Rodriguez, 22384 Elmwood Ave, Eaestpointe, MI, 48021, EE.UU," with a return address of "Oscar Rodriges, 393 E. Los Reales Rd., Tucson, Az., 85756 USA." The parcel was mailed on April 14, 2021, from zip code 85726. Further, the parcel weighed approximately 4 pounds and 2.7 ounces and bore $72.65 in postage and fees.

6. A database used by the Postal Inspection Service revealed that the listed sender, Esteban Valenzuela, had no association with the listed origin address. A database used by the Postal Inspection Service revealed that the listed recipient, Martin Valenzuela, had no association with the listed destination address. A database used by the Postal Inspection Service revealed that the listed sender, Oscar Rodriges, had no association with the listed origin address. A database used by the Postal Inspection Service revealed that the listed recipient, Josue Rodriguez, had no association with the listed destination address.

7. After investigators conducted a K-9 sniff of the parcel and discovered a positive K-9 alert, Affiant swore to and obtained two federal

search warrants for the subject parcels. On April 16, 2021, the warrants were executed. The following items were found in EJ 575 736 441 US: One Slim Fast protein powder, a roll of tape, and one cellophane taped bundle. The bundle was unwrapped, which revealed spicy Ramen noodles and a cellophane wrapped brick with the words CHOLO written on it. A small cut was made through the cellophane, which revealed a white powdery substance that weighed 1,020 grams. The substance field tested positive for fentanyl with TruNarc.

8. The following items were found in EJ 575 736 455 US: A small jar of peanut butter and a cellophane taped bundle. The bundle was unwrapped, which revealed spicy Ramen noodles and a cellophane wrapped brick with the words CHOLO written on it. A small cut was made through the cellophane, which revealed a white powdery substance that weighed 1,050 grams. The substance field tested positive for the fentanyl with TruNarc.

### III.    FORENSICS LABORATORY EXAM

9. Affiant submitted both parcels and narcotics to the Postal Inspection Service Forensics laboratory for fingerprint examination and chemical analysis. On November 19, 2021, Affiant received USPIS Forensics Laboratory report for the fentanyl. The report showed the 1,050 grams of fentanyl had a net weight of 1000 grams of fentanyl, 4-ANPP,

tramadol and lidocaine. The report also showed the 1,020 grams of fentanyl had a net weight of 999.9 grams of fentanyl, 4-ANPP, tramadol and lidocaine.

10. On November 29, 2021, Affiant received the fingerprint/AFIS report from the USPIS Forensics Laboratory. The report showed thirty-five latent fingerprints and six latent palm prints were identified on the subject parcels. The thirty-five latent fingerprints and the six latent palm prints were searched in the Federal Bureau of Investigations (FBI) automated database which identified Branden Murillo GARCIA, FBI# 9NNR75K7, as the suspected mailer.

11. On the subject parcel ending in 455 US, GARCIA's fingerprints were found in the following areas:

    Three fingerprints and one palm print were found on the exterior of the Priority Mail Express box;

    One fingerprint on the exterior of the Priority Mail Express label;

    One fingerprint on the exterior of the Priority Mail Express box and the Priority Mail Express address label;

    One fingerprint on the exterior of the Priority Mail Express box and under the Priority Mail Express address label;

> One fingerprint on the exterior of the Priority Mail Express box under the tape.

12. On the subject parcel ending in 441 US, GARCIA'S fingerprints were found in the following areas:

> Eight fingerprint and one palm print were found on the exterior of the Priority Mail Express box.

## IV.  CONCLUSION

13. Based upon the foregoing, I believe that Branden Murillo GARCIA mailed the subject parcels, which contained grams of 2,070 grams of fentanyl, via the United States Postal Service. I therefore have probable cause to believe that Branden Murillo GARCIA committed violations of 21 U.S.C. § 841 (a)(1) Possession with Intent to Distribute Controlled Substances (fentanyl); 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Controlled Substances; and 18 U.S.C. § 1716, Mailing Injurious Articles. Accordingly, I respectfully request that this Court issue a complaint and arrest warrant.

_____
Christopher G. Bradshaw
Postal Inspector

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Hon. David R. Grand
United States District Court
Eastern District of Michigan
Detroit, Michigan

January 20, 2022